1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   THOMAS HUGHES,                      1:06-cv-01525-LJO-SMS-PC

11             Plaintiff,               ORDER ADOPTING FINDINGS
                                        AND RECOMMENDATIONS
12        vs.                           (Doc. 8.)

13   COALINGA STATE HOSPITAL,           ORDER DISMISSING ACTION  FOR
     et al.,                            FAILURE TO STATE A CLAIM
14
               Defendants.              ORDER DIRECTING CLERK TO CLOSE CASE
15   _____/

16        Thomas Hughes ("plaintiff") is a civil detainee proceeding pro se and in forma

17   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19        On November 21, 2008, findings and recommendations were entered, recommending

20   that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be

21   granted.  (Doc. 8.)  Plaintiff was provided an opportunity to file objections to the findings and

22   recommendations within thirty days.   More than sixty days have passed, and plaintiff has not filed

23   objections or otherwise responded to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

25   305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and proper

27   analysis.

28
                                          1

1                  Accordingly, THE COURT HEREBY ORDERS that:

2                  1.  The Findings and Recommendations issued by the Magistrate Judge on November

3 21, 2008, are adopted in full;

4                  2.  This action is dismissed with prejudice, based on plaintiff's failure to state a claim

5 upon which relief may be granted; and

6                  3.  The Clerk of Court is directed to close this case.

7 IT IS SO ORDERED.

8 **Dated:   February 3, 2009**                        **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

2